UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| MEGAN TUREK-GREEN, | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) |
| | ) Case No.: 3:24-cv-00645 |
| UNILEVER UNITED STATES, INC., | ) |
| | ) |
| Defendant. | ) |
| | ) |

## MOTION TO DISMISS

Defendant Unilever United States, Inc. ("Unilever") respectfully moves this Court pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure for an order dismissing all claims in Plaintiff's Complaint for failure to state a claim upon which relief can be granted. The grounds for this motion are set forth in the accompanying memorandum in support.

DATED: July 18, 2024        Respectfully submitted,

**WOOD SMITH HENNING & BERMAN, LLP**

*/s/ William W. Silverman*
William W. Silverman (NC Bar No. 38511)
Clayton D. Goris (NC Bar No. 57440)
3700 Glenwood Avenue, Suite 330
Raleigh, NC 27612
(984) 900-5960
wsilverman@wshblaw.com
cgoris@wshblaw.com

*Counsel for Unilever United States, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on this 18th day of July, 2024, a true and correct copy of the foregoing document was served upon all counsel of record via the Court's electronic filing system and/or electronic mail.

*/s/ William W. Silverman*